**SEALED**

**BY ORDER OF THE COURT**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | |
|---|---|
| United States of America<br>v.<br><br>RONALD SAVILLE<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   MJ26-00498 WRP

**FILED UNDER SEAL PURSUANT TO<br>CRIMLR5.2(a)(1)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 9, 2026 _____ in the county of _____ Honolulu _____ in the

_____ District of _____ Hawaii _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Making an Interstate Communication Containing a Threat |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.
***[On last page of affidavit, omit blanks for time of signature.  Per Judge Porter, "for Criminal Complaints, unlike search warrants, the Court need only include the date that it was reviewed and signed – not the time.  Please review the last paragraphs of the attached Criminal Complaint and omit the blanks calling for the time."]***

☑ Continued on the attached sheet.

_____<br>*Complainant's signature*

Special Agent Kyler Mulvaney, FBI<br>*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:    6/1/26

City and state:    Honolulu, Hawaii

_____<br>Barry M. Kurren<br>United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
HEIDI TURNER
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  michael.albanese@usdoj.gov
        Heidi.turner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CASE NO. MJ26- 00498 WRP |
|---|---|
| Plaintiff, | |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| RONALD SAVILLE, | |
| Defendant. | |

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kyler Mulvaney, being duly sworn telephonically, state the

following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1.      This affidavit is submitted for the purpose of establishing probable cause that on or around May 9, 2026, within the District of Hawaii, RONALD SAVILLE ("SAVILLE"), the defendant, sent interstate communications containing threats in violation of 18 U.S.C. § 875(c).

2.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed since June 2025.  I presently am assigned as a member of the FBI Joint Terrorism Task Force, working on a variety of criminal and national security matters.

3.      During my training at the FBI Academy, Quantico, Virginia, I received training on a variety of investigative and legal topics, including Fourth Amendment searches, drafting search warrant affidavits, and probable cause.

4.      Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant for SAVILLE, I have not included every fact known to me concerning this investigation.  I have set forth only the facts necessary to establish probable cause that a federal crime has been committed by SAVILLE.

5.      The information set forth in this affidavit was obtained during the course of my employment with the FBI and through my personal observations, the statements of witnesses, information supplied by other local and federal law enforcement officers, and other investigative activity.  As such, I submit that

2

probable cause exists to believe that on or about May 9, 2026, RONALD

SAVILLE issued two threatening interstate communications in violation of 18

United States Code Section 875(c).

## PROBABLE CAUSE

6.      On or about May 11, 2026, the FBI Detroit Field Office received

information from the Michigan State Police (MSP) that SAVILLE had sent two

threatening email communications on May 9, 2026.  Copies of these email

communications were provided to the FBI.  The first email was sent on May 9,

2026, at 10:43 PM Eastern Daylight Time (EDT), by ronald.saville1@icloud.com

and addressed to MSP-Forms@michigan.gov, an email address associated with the

Michigan State Police.  It stated:

> I just want to let you know my name is Ronald Seville [sic]. I'm
> originally from Michigan, but I live in Hawaii in Honolulu and I send
> a statement in an email to the state capital in Lansing Michigan Saint
> on June 2. I'm going to walk in with a gun at [sic] A.R. 15 and open
> fire and kill as many people as possible. I mean what I say I'm not a
> joke. Sent from my iPhone[.]

7.      The second email was sent on May 9, 2026, at 11:02 PM EDT, by

ronald.saville1@icloud.com to an email address associated with State of Michigan

Governor Gretchen Whitmer.  It stated:

> Sent from my iPhone hello Governor Whitmore just to let you know
> on Tuesday second, Lancy, Michigan is never gonna be the same
> again going to walk into the state capital shoot it up and kill as many

people as possible than that I'm coming for you and I promise I'll miss my. I will not miss you at all.

8.    SAVILLE was identified and found to be homeless and living on the island of Oahu in the State of Hawaii. On May 12, 2026, SAVILLE called the FBI Honolulu Field Office and spoke with an FBI agent. During this conversation, SAVILLE informed the agent that he had utilized his email, ronald.saville1@icloud.com, to send a threatening communication on May 9, 2026, to Michigan Governor Gretchen Whitmer, in which he threatened to kill her on the future date of June 2, 2026. During this conversation, SAVILLE stated he wanted to kill Governor Whitmer because she was a Democrat, and he had been conducting online research to plan a trip to Michigan to carry out his threat. SAVILLE stated he also sent a message to the Michigan State Police to "shoot up the place." When asked if SAVILLE still planned to carry out the threat, he confirmed he still planned to do so. SAVILLE indicated he was currently at a voluntary mental health program in Kaneohe, Hawaii.

9.    On May 26, 2026, SAVILLE was located at Adventist Health Castle Behavioral Health Unit in Kailua, Hawaii. SAVILLE was asked if he would voluntarily speak to agents regarding the email threats he had made. SAVILLE was informed he was not under arrest and he could stop the interview at any time. SAVILLE stated he wanted to speak to the FBI and agreed to be interviewed. This

4

interview was recorded.  In the interview, SAVILLE provided the following information (in summary, not verbatim):

    a.    SAVILLE admitted he sent an email on May 9, 2026, at 10:43 PM EDT, to the Michigan State Police, claiming in the email he was going to walk into the Michigan State Capital on June 2, 2026, with a gun and attempt to kill as many people as possible. SAVILLE intended for his email to be taken seriously and wanted to be noticed.  SAVILLE wrote, "I wrote this email. Ronald Saville May 26, 2026" on a printed copy of the email to document that this was the same email he had authored and sent.

    b.    SAVILLE admitted he also sent an email on May 9, 2026, at 11:02 PM EDT, to Governor Gretchen Whitmer, claiming in the email he was going to conduct a shooting at the state capital in Lansing, Michigan, and then come for Governor Whitmer.  SAVILLE stated that he intended to scare and threaten Governor Whitmer by sending this email.  SAVILLE said, although he did not plan to actually hurt Governor Whitmer, if he did go through with his threat and attempted to assassinate Governor Whitmer by shooting her, she would pass away and would be dead.  SAVILLE wrote,

"I wrote this email. Ronald Saville May 26, 2026" on a printed copy of the email to document that this was the same email he had authored and sent.

c.    Regarding his threats, generally, SAVILLE said if he had been in Michigan at the time, there was a 75% chance he would have "gone through with" what he described in his threats.

d.    During the interview, SAVILLE confirmed his email address was ronald.saville1@icloud.com and stated that he sent these emails from his cellular device, using his Apple iCloud email account.

10.    SAVILLE confirmed that he made threats previously towards former United States President George W. Bush and former United States District Judge Susan Oki Mollway in 2006 and 2012, respectively.  A check of court records confirmed SAVILLE's assertions that he was convicted for both of these threats in the United States District Court for the District of Hawaii.  *See* Case Nos. CR07-00043 SOM and CR12-00054 AWT.

11.    Additionally, SAVILLE admitted to making two fictitious bomb threats in 2025 to the businesses Walmart and Don Quijote, both located in Hawaii.

SAVILLE claimed he called in both bomb threats but was never caught by law enforcement.

## CONCLUSION

12. Based on the foregoing, I believe there is probable cause to believe that on or around May 9, 2026, within the District of Hawaii, RONALD SAVILLE sent threatening interstate communications in violation of 18 U.S.C. § 875(c).

DATED: Honolulu, Hawaii, June 1, 2026.

Respectfully submitted,

Kyler Mulvaney
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this _1st_ day of June, 2026, at Honolulu, Hawaii.

Barry M. Kurren
United States Magistrate Judge

7