ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 4 2026

at_____ o'clock and_____ min._____ M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
HEIDI L. TURNER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.Albanese@usdoj.gov
        Heidi.Turner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR  CR 26 - 0 0 0 57 MWJS |
| Plaintiff, | INDICTMENT |
| vs. | Counts 1 & 2:  18 U.S.C. § 875(c) |
| RONALD SAVILLE, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

## Count 1
### Transmitting a Threat in Interstate Commerce
### (18 U.S.C. § 875(c))

On or about May 9, 2026, in the District of Hawaii, RONALD SAVILLE, the defendant, did knowingly and willfully transmit in interstate commerce from the State of Hawaii to the State of Michigan, an electronic communication containing a threat to injure people, namely, an email to a State of Michigan government email address containing a threat to travel to the state capitol and "open fire and kill as many people as possible."

All in violation of Title 18, United States Code, Section 875(c).

## Count 2
### Transmitting a Threat in Interstate Commerce
### (18 U.S.C. § 875(c))

On or about May 9, 2026, in the District of Hawaii, RONALD SAVILLE, the defendant, did knowingly and willfully transmit in interstate commerce from the State of Hawaii to the State of Michigan, an electronic communication containing a threat to injure people, namely, an email to the governor of the State of Michigan containing a threat which included the statement "going to walk into

//

//

2

the state capital shoot it up and kill as many people as possible than that I'm coming for you and I promise I'll miss my. [sic] I will not miss you at all."

All in violation of Title 18, United States Code, Section 875(c).

DATED:  June 4, 2026, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____

FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE
Assistant U.S. Attorney
HEIDI TURNER
Special Assistant U.S. Attorney

United States v. Ronald Saville
Indictment
Case No. CR    CR 26 - 00057  MWJS

3